LEWIS VAN ALLEN, Appellant, *v.* CHARLES M. PEABODY et al., as Executors of WILLIAM H. PEABODY, Deceased, Respondents.

*Van Allen* v. *Peabody,* 112 App. Div. 57, appeal dismissed.
(Argued January 7, 1907; decided January 15, 1907.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 6, 1906, reversing a judgment in favor of plaintiff entered upon a verdict and granting a new trial.

The motion was made upon the ground that the required undertaking had not been served or filed.

*William D. Van Pelt* for motion.

No one opposed.

Motion granted and appeal dismissed, with ten dollars costs.